### 36011. MABRY v. MABRY.

PER CURIAM.

Claiming a common law marriage, appellant filed suit for divorce. After hearing evidence on the question of whether there had been a marriage, the trial court granted the defendant's motion to dismiss.

This appeal must be dismissed because appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. L. 1979, p. 619; Code Ann. § 6-701.1).

*Appeal dismissed. All the Justices concur.*

SUBMITTED FEBRUARY 29, 1980 — DECIDED MARCH 18, 1980.

*James Horace Wood,* for appellant.